UNITED STATES of America,
Plaintiff–Appellee,

v.

Karla FOSTER, Defendant–Appellant.

No. 91–50645.

United States Court of Appeals,
Ninth Circuit.

March 7, 1994.

### ORDER AMENDING OPINION

Before: BROWNING, SCHROEDER and FLETCHER, Circuit Judges.

### ORDER

The Opinion in this case, reported at 985 F.2d 466, is amended by deleting the first full paragraph on page 469.